**RICK A. YARNALL**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
**701 BRIDGER AVENUE SUITE 820**
**LAS VEGAS, NEVADA 89101**
**(702) 853-4500**

RECEIVED & FILED

AUG 4  9 58 AM '06

BANKRUPTCY COURT
PATRICIA GRAY
CLERK

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: | ) | BK-S-02-20125-BAM |
| MADZIAREK, RANDY W. | ) | Chapter 13 |
| MADZIAREK, RICHELLE ANN | ) | |
| | ) | **NOTICE OF UNCLAIMED FUNDS** |
| | ) | |

TO:    Clerk, United States Bankruptcy Court

From: Rick A. Yarnall, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim# | Claimant & Address | CAS 106000 | CAS613300 |
|---|---|---|---|
| 30 | NANCY MADZIAREK<br>2545 WOODSON AVE.<br>HENDERSON, NV 89052 | | $1729.03 |
| | Totals | | $1729.03 |

Date: 8/4/06

**RICK A. YARNALL, TRUSTEE**
Rick A. Yarnall
Chapter 13 Bankruptcy Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

Reason: Working on stale dated checks. Sent to Unclaimed Funds as creditor has passed away.

Receipt # 180600        $1,729.03